16 

DECISION

No. DC-84-119

The application of the above-named defendant for a review of the sentence for Count I, Robbery, 40 years plus 10 years for the use of a weapon, to run consecutively; Count III, Sexual Intercourse Without Consent, 20 years plus 10 years for the use of a Weapon to run consecutively; Counts I & III shall be served concurrently; credit for time served; DANGEROUS DESIGNATION imposed on December 7, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Mark Nord of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. ALAN CRAIG CUTNER, Defendant.

DECISION

No. CDC-83-092b

The application of the above-named defendant for a review of the sentence for Count I, Sexual Assault, 20 years; Count II, Burglary, 10 years to be served concurrently and the Petitioner was designated as non-dangerous for parole eligibility imposed on March 16, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Paul Ewers of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. ROBERT BARRETT COLLINS, Defendant.

DECISION

No. DC-86-052b

The application of the above-named defendant for a review of the sentence of 10 years with 2 years suspended plus conditions for Burglary imposed on September 23, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Defendant claims he didn't get what he bargained for, and the record was <u>not</u> clear.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987. '

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. THOMAS ANTHONY DURBIN, Defendant.

DECISION

No. DC-86-082

The application of the above-named defendant for a review of the sentence of 10 years for Theft plus credit for time served; upon release from prison, Defendant is required to enroll and complete a drug treatment program, imposed on July 15, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROBERT WILLIAM GONYEA, Defendant.

DECISION

No. 6868